IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANDRE GREEN, | ) |
|       Plaintiff, | ) ) ) |
| Vs. | ) No.10cv07668 ) |
| AMERI DREAM FENCE & DECK, INC. | ) ) |
|       Defendant. | ) |

### DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT

**NOW COMES** the Defendant, AMERI DREAM FENCE & DECK, INC., by its attorney, SCOTT SKALETSKY, and for its Answer to the Plaintiff's Complaint, states as follows:

1. Plaintiff brings this action to secure redress for defendant's violation of the Truth in Lending Act, 15 U.S.C. section 1601 et seq.

**ANSWER:** Defendant admits the foregoing allegation but denies that it has ant liability to the Plaintiff.

2. This Court has jurisdiction under 15 U.S.C. section 1640 and 28 U.S.C. sections1331 and 1337.

**ANSWER:** Defendant admits the foregoing allegation.

3. Venue in this District is proper because Defendant is located here and all events at issue occurred here.

**ANSWER:** Defendant admits the foregoing allegation.

4. Plaintiff is an individual who owns and resides in a home in Matteson, Illinois.

**ANSWER:** Defendant admits the foregoing allegation.

5. Defendant Ameri Dream Fence & Deck Inc. is an Illinois corporation with place of business at 1431 E. Cass Street, Joliet IL 60432. Its registered agent is Alex Diaz at at that address.

1

**ANSWER:** Defendant admits the foregoing allegation.

6. Defendant is engaged in the business of constructing fences and decks for residential properties and financing such transactions.

**ANSWER**: Defendant admits only that it is in the business of construction fences and decks for residential properties but denies that it is in the business of financing such transactions.

7. Defendant has a standard form financing agreement, represented by Exhibit A.

**ANSWER:** Defendant admits the foregoing allegation. .

8. Plaintiff and Defendant signed Exhibit A on or about July 17, 2010.

**ANSWER:** Defendant admits the foregoing allegation.

9. The printed terms of Exhibit A include that the improvement will be repossessed in the event of nonpayment.

**ANSWER:** Defendant admits only that the "repossession" would take place after 3 missed payments.

10. Exhibit A gives rise to a security interest (mechanics lien) on the residence at which the fence is installed.

**ANSWER:** Defendant denies that its agreement created a security interest in the property.

11. On information and belief, defendant is a "creditor" as defined in TILA and implementing Federal Reserve Regulation Z. Based on the use of a form credit agreement, defendant engages in more than five credit sales using the form represented by Exhibit A per annum.

**ANSWER:** Defendant denies that it is a creditor as per Regulation Z and denies that five credit sales amounts to making it a creditor. Stating affirmatively, Defendant states that Regulation Z talks about credit agreement secured by a dwelling.

12. Exhibit A does not contain any of the disclosures required in the case of closed end credit transactions by 15 U.S.C. section 1638 and 12 C.F.R section 226.18.

**ANSWER:** Defendant denies the foregoing allegation.

13. Although Exhibit A states that the "interest rate" is 6%, the annual percentage rate for a transaction in wihc the amount financed is $3,242 and there are 12 monthly payments of $286.39 each is actually over 10.9% as shown by Exhibit B.

**ANSWER:** Defendant denies the foregoing allegation.

WHEREFORE, the Court should enter judgment in favor of plaintiff and against the Defendant for:

    (1)    statutory damages of twice the finance charge;

    (2)    attorney's fees, litigation expenses and costs of suit;

    (3)    such other or further relief as the Court deems proper

**ANSWER:** Defendant denies that the Plaintiff is entitled to the foregoing amounts or any amount and prays that the Court enter judgment in the defendant's favor and against the Plaintiff plus award the Defendant its attorneys fees, litigation expenses and costs of suit.

_____
Scott Skaletsky

Scott Skaletsky
MENGES & MOLZAHN LLC
20 N. Clark Street, Suite 2300
Chicago, IL 60602
(312) 917-1880
ARDC # 6181405

3