**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| ANDRE GREEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 10-cv-7668 |
| v. | ) | |
| | ) | Judge Der-Yeghiayan |
| AMERIDREAM FENCE | ) | |
| AND DECK, INC., | ) | |
| | ) | Magistrate Judge Cole |
| Defendant. | ) | |
| | ) | |

**JOINT INITIAL STATUS REPORT**

NOW COME the Plaintiff, ANDRE GREEN, by his attorneys, Daniel A. Edelman (lead attorney), Cathleen M. Combs, James O. Latturner, and Zachary A. Jacobs, and the Defendant, AMERIDREAM FENCE AND DECK, INC. ("Ameridream"), by its attorney, Scott Skaletsky, and pursuant to Judge Der-Yeghiayan's Standing Order on Initial Status Reports, hereby submit the following Joint Initial Status Report.

1. **NATURE OF CLAIMS AND COUNTER CLAIMS**

Plaintiff brings this action to secure redress for defendant's alleged violations of the Truth in Lending Act, specifically for defendant issuing a financing agreement which does not contain any of the disclosures required in the case of closed end credit transactions. Plaintiff alleges defendant is a "creditor" as defined in TILA, and issued him a financing agreement (Exhibit A to complaint) on or about July 17, 2010.

2. **RELIEF SOUGHT BY PLAINTIFF**

Plaintiff seeks to recover the statutory damages of twice the finances charge.

3.  **NAMES OF PARTIES NOT SERVED.**

None.

4.  **PRINCIPAL LEGAL ISSUES**

Whether the documents in question violate the Truth in Lending Act. Whether defendant is a "creditor" for purposes of TILA.

5.  **PRINCIPAL FACTUAL ISSUES**

Whether Defendant prepared and delivered the documents in question.

6.  **LIST OF PENDING MOTIONS AND BRIEF SUMMARY OF BASES FOR MOTIONS**

None

7.  **DISCOVERY REQUESTED AND EXCHANGED**

No discovery has been initiated yet.

8.  **TYPE OF DISCOVERY NEEDED**

The following types of discovery are needed: Interrogatories, Requests for Admission of Facts, and Requests for Production of Documents

9.  **PROPOSED DATES**

Completion for the following:

26(a)(1) Disclosures: April 7, 2011.

Fact Discovery: June 23, 2011.

Expert Discovery is not anticipated, but, if necessary, shall be completed(including dates for delivery of expert reports) by: July 7, 2011.

Filing of Dispositive Motions: July 25, 2011

Filing of a Final Pretrial Order: September 2, 2011

**10.     ESTIMATION OF WHEN CASE WILL BE READY FOR TRIAL**

September 16, 2011

**11.     PROBABLY LENGTH OF TRIAL**

No more than three days.

**12.     REQUEST OF JURY TRIAL**

No request.

**13.     STATUS OF SETTLEMENT DISCUSSIONS**

Parties have engaged in preliminary settlement discussions.

**14.     CONSENT TO PROCEED BEFORE MAGISTRATE JUDGE**

Both parties do not consent to proceed before a Magistrate Judge

Respectfully submitted,

| **Plaintiff** | **Defendant** |
|---|---|
| **ANDRE GREEN** | **AMERIDREAM FENCE & DECK INC.** |

s/ Zachary A. Jacobs                                   s/ Scott Skaletsky (w/consent)
Zachary A. Jacobs                                       Scott Skaletsky
*Attorney for Plaintiff*                                 *Attorney for Defendant*

Daniel A. Edelman                                       Menges & Molzahn
Cathleen M. Combs                                    20 North Clark Street
James O. Latturner                                     #2300
Zachary A. Jacobs                                       Chicago, IL 60602
EDELMAN, COMBS, LATTURNER       (312) 917-1880
& GOODWIN, LLC
120 S. LaSalle Street, 18th Floor

3

Chicago, IL 60603
(312) 739-4200

**CERTIFICATE OF SERVICE**

      I, Zachary A. Jacobs, hereby certify that on March 25, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Scott Skaletsky (ss@menges.com )

s/ Zachary A. Jacobs  
Zachary A. Jacobs