IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANDRE GREEN, | ) |
| Plaintiff, | ) ) ) ) |
| Vs. | ) No.10cv07668 ) |
| AMERI DREAM FENCE & DECK, INC. | ) ) |
| Defendant. | ) |

## DEFENDANT'S MOTION TO CONTINUE THE SETTLEMENT CONFERENCE

**NOW COMES** the Defendant, AMERI DREAM FENCE & DECK, INC., by its attorney, SCOTT SKALETSKY, and it moves this Court for the entry of an order striking the conference date of September 28, 2011 and re-setting it to another date to be selected by the court. In support of the Defendant's motion, Defendant's counsel states as follows:

1. On July 8, 2011, the court set this matter for a settlement conference on September 28, 2011.

2. At that time, Defendant's counsel, who is Jewish, did not realize that he would have to be home later that day for the beginning of Rosh Hashanah.

3. Upon making that determination, Defendant's counsel contacted Plaintiff's counsel and then the judge's clerk, who advised Defendant's counsel that he would have to present a motion to the court for the continuance.

4. Plaintiff's counsel has no objection to the motion seeking a continuance of the conference, even though both counsel are aware of the fact that the next available date for a settlement conference would not be until December.

WHEREFORE, Defendant prays that the court strike the settlement conference for this case that is set for September 28, 2011 and re-set it for a date to be selected by the court.

1

_____
Scott Skaletsky

Scott Skaletsky
MOLZAHN, ROCCO, REED & ROUSE, LLC
20 N. Clark Street, Suite 2300
Chicago, IL 60602
(312) 917-1880
ARDC # 6181405